IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PHILLIP LITCHFIELD,<br><br>    Plaintiff,<br><br>    v.<br><br>HEARTLAND AUTOMOTIVE SERVICES II, INC.,<br><br>    Defendant. | No. 14-cv-06228<br><br>Honorable Charles R. Norgle Sr. |

## STIPULATION TO DISMISS

Plaintiff Phillip Litchfield and Defendant Heartland Automotive Services II, Inc. hereby stipulate pursuant to Federal Rule of Civil Procedure 41(a) to the dismissal of Plaintiff's individual non-class claims against Defendant with prejudice, and with each party bearing its own costs. This stipulation of dismissal disposes of all of Plaintiff's individual non-class claims against Defendant. Plaintiff's Complaint (Doc. #1) is dismissed and this civil action is terminated.

Respectfully submitted,

| **PHILLIP LITCHFIELD** | **HEARTLAND AUTOMOTIVE SERVICES II, INC.** |
|---|---|
| /s/ Vincent L. DiTommaso<br>Vincent L. DiTommaso<br>Peter S. Lubin<br>John Auchter<br>DITOMMASO ♦ LUBIN, P.C.<br>17W220 22nd Street, Suite 410<br>Oakbrook Terrace, IL 60181<br>(630) 333-0000<br>vdt@ditommasolaw.com<br>jauchter@ditommasolaw.com | /s/ Michael A. Duffy<br>Michael A. Duffy<br>Michael C. McCutcheon<br>BAKER & MCKENZIE LLP<br>300 East Randolph Street, Suite 5000<br>Chicago, IL 60601<br>(312) 984-3100<br>Michael.Duffy@bakermckenzie.com<br>Michael.McCutcheon@bakermckenzie.com |