UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6,1
Eastern Division

Phillip Litchfield

                                    Plaintiff,

v.                                               Case No.: 1:14−cv−06228
                                                      Honorable Charles R. Norgle Sr.

Heartland Automotive Services II, Inc.

                                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, November 10, 2014:

      MINUTE entry before the Honorable Charles R. Norgle: Plaintiff's individual non−class class claims against Defendant are dismissed with prejudice, and with each party bearing its own costs [20]. Civil case terminated. Mailed notice(ewf, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.